IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AMBER BRINKLEY )
 ) No. 3-08-0850
v. )
 )
BRANAM ENTERPRISES, INC. )

O R D E R

By order entered September 27, 2010 (Docket Entry No. 78), this case was referred to the undersigned Magistrate Judge to reconvene a settlement conference.[1]

Counsel for the parties shall convene a telephone conference call with the Court on **Tuesday, October 5, 2010, at 12:00 noon,** to be initiated by counsel for the plaintiff, to address the status of any settlement discussions between the parties since January of 2009, scheduling a settlement conference, setting deadlines for the parties to submit supplemental settlement conference statements, if necessary, and any other appropriate matters related to the settlement conference.

As a housekeeping matter, the Clerk is directed to terminate as pending the defendant's motion for summary judgment (Docket Entry No. 33). On September 24, 2010, the defendant filed a notice of withdrawal of that motion (Docket Entry No. 77).

As a result and because the plaintiff did file a response (Docket Entry No. 73) to the motion, the Clerk is also directed to terminate as pending the plaintiff's Rule 56(f) motion to continue the time to respond to the motion (Docket Entry No. 39) since it has been rendered moot.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] A settlement conference was held on January 16, 2009.