IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMBER BRINKLEY | ) | |
| | ) | No. 3-08-0850 |
| v. | ) | |
| | ) | |
| BRANAM ENTERPRISES, INC. | ) | |

O R D E R

Pursuant to the order entered September 30, 2010 (Docket Entry No. 79), counsel for the parties called the Court on October 5, 2010, at which time a settlement conference was scheduled on December 8, 2010.

It was the Court's understanding that defendant's counsel would advise the Court of the insurance company that might have coverage of the plaintiff's claims in this case so that the Court could provide notification to such insurer of the settlement conference and encourage a representative to attend the settlement conference.

The defendant shall notify the Court by October 18, 2010, of the name and address of the insurance company, and a person to whom the order should be sent.

Thereafter, the Court will enter a formal settlement conference order.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge