IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AMBER BRINKLEY )
) No. 3-08-0850
v. )
)
BRANAM ENTERPRISES, INC. )

O R D E R

By order entered September 27, 2010 (Docket Entry No. 78), this case was referred to the undersigned Magistrate Judge to reconvene a settlement conference.[1]

Pursuant to the order entered October 20, 2010 (Docket Entry No. 82), a second settlement conference was held on December 8, 2010, at the conclusion of which time the parties were not able to reach a settlement.

The Clerk is directed to return the file in this case to Magistrate Judge Bryant for any further matters prefatory to the March 22, 2011, trial.

Except as otherwise directed or referred, there will be no further proceedings before the undersigned Magistrate Judge.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] A settlement conference was held on January 16, 2009.