```
                    UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

AMBER BRINKLEY,                )
                               )
        Plaintiff,              )
                               )
        v.                     )     NO. 3:08-0850
                               )     Judge Nixon
BRANAM ENTERPRISES, INC.,      )
                               )
        Defendant.             )

**O R D E R**

This case is set to begin jury trial on March 22, 2011, at 9:00 a.m., with a pretrial conference to be held on March 11, 2011, at 10:00 a.m. before the District Judge. It appears that all deadlines have now passed in this matter. Therefore, the Clerk is **directed** to forward the file to the District Judge. Unless otherwise directed by the District Judge, there appear to be no further proceedings to be conducted before the Magistrate Judge.

It is so **ORDERED**.

*s/ John S. Bryant*
_____
JOHN S. BRYANT
United States Magistrate Judge