UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMBER BRINKLEY, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>BRANAM ENTERPRISES, INC., )<br>)<br>*Defendant*. ) | No. 3:08-cv-00850<br>Judge Nixon |

## ORDER

Pending before the Court is Plaintiff Amber Brinkley's Application for Leave to Interview Jury Foreman ("Application"), in which counsel requests to interview the jury foreperson from the trial held in this matter from March 22, 2011 to March 25, 2011. (Doc. No. 106.) Plaintiff indicates that the purpose of such an interview would be to educate himself on jury dynamics in employment cases and to improve the quality of evidence, arguments, and strategies in the future. *Id.* at 1. Plaintiff also indicates that the information gained is not intended to be used for appeal or new trial purposes, as the latter motion has already been filed, and that counsel for Defendant does not oppose this Application. *Id.* at 1-2.

The Court **GRANTS** the Application pursuant to Local Rule 39.01(f)(2), with the limitations that the purpose of such interview must remain educational and counsel must abide by his stated intention not to probe the foreperson for any basis for impeaching the jury.

It is so ORDERED.

Entered this the 6th day of May, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT